STATE of Missouri, Plaintiff-Respondent,

v.

Willie J. HOSKIN, Defendant-Appellant.

No. 48097.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 18, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 22, 1985.

Application to Transfer Denied Feb. 26, 1985.

■

Jane Phillips, Asst. Public Defender, St. Louis, for defendant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant was convicted of first degree assault, a violation of § 565.050 RSMo 1978 and first degree robbery, a violation of § 569.020 RSMo 1978. He was sentenced as a persistent offender to two consecutive life sentences. The judgment is affirmed in accordance with Rule 30.25(b).